UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BENEDICT OLIVIER,**

    Plaintiff,

vs.                         Case No.: **3:17-cv-399-J-25JBT**

**HUNTER WARFIELD, INC.,**

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court upon Magistrate Judge Joel B. Toomey's Report and Recommendation filed January 31, 2020 (Dkt. 88). In the Report, Magistrate Judge Toomey recommends that the Joint Motion to Approve Settlement and for Order of Dismissal be granted. No opposition was filed to the Report.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). When no specific objections have been filed, de novo review of the factual findings is not required. See *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, legal conclusions are reviewed de novo. *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by Judge Toomey. Accordingly, it is

**ORDERED**:

1. The Report and Recommendation (Dkt. 88) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion to Approve Settlement and for Order of Dismissal (Dkt. 83) is **GRANTED**.

3. The Settlement Agreement is **APPROVED**.

4. Plaintiff's individual claim is **DISMISSED with prejudice.**

5. The putative class claims are **DISMISSED without prejudice.**

6. The Clerk is directed to **CLOSE** this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 25 day of February, 2020.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record